# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.

KITIBORDEE YINDEEAR-ROM  -  1
PHEERAYUTH BURDEN  -  2

Criminal No.    14-069    (RMC)

Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  Jun 19, 2014  from  Judge Ellen Segal Huvelle
to  Judge Rosemary M. Collyer  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:
Judge Ellen Segal Huvelle    & Courtroom Deputy
Judge Rosemary M. Collyer    **& Courtroom Deputy**
U.S. Attorney's Office-Judiciary Square Building, Room 5133
Statistical Clerk